Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas  ▼

_____Houston__ Division

| | | |
|---|---|---|
| Nannette Carley | ) | Case No. |
| | ) | |
| | ) | _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| Tomball Independent School District | ) | |
| | ) | ⌐ United States Courts |
| | ) | Southern District of Texas |
| | ) | FILED |
| | ) | SEP 06 2019 |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | David J. Bradley, Clerk of Court |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.      The Parties to This Complaint**

**A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nannette Carley |
| Street Address | 14090 FM 2920 Suite G |
| City and County | Tomball, Harris |
| State and Zip Code | Texas |
| Telephone Number | 713-494-4727 |
| E-mail Address | |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

  Name          Tomball Independent School District

  Job or Title *(if known)*

  Street Address       310 S. Cherry Street

  City and County      Tomball, Harris

  State and Zip Code    Texas 77377

  Telephone Number   281-357-3100

  E-mail Address *(if known)*


Defendant No. 2

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*


Defendant No. 3

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*


Defendant No. 4

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st, 4th, 5th, 6th, 7th, 13th Amendments to the Constitution of the United States, 31 USC 3124, 22 USC 611, 22 USC 612, 22 USC 93.1 & 93.2, 15 USC 1692

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.   If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.     If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

     *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

     The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

     over $1,500,000.00 in unlawfully seized property, plus Plaintiff's sole means of support & future means of support, family heirlooms of sentimental value, and a lifetime worth of the Plaintiff's fruits of labor are at stake

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

     Montgomery County Texas Cause # 17-11-13325
     Harris County Texas Cause # 201780625

B.     What date and approximate time did the events giving rise to your claim(s) occur?

     Liens first placed thereby seizing Plaintiff's property: May 8, 2018
     Order for sale signed: June 18, 2019
     Attorney for Defendant stated deadline to pay or sign installment agreement or sale will be scheduled: September 6, 2019

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)*
Defendants placed unlawful, fraudulent liens on Plaintiff's property thereby tying up her assets so that she could not get a loan or sell the property to pay any alleged debt to Defendant; and default Judgement in the case was made giving Order for Sale of Plaintiff's property valued at over $1,500,000:
1) without Plaintiff being given proper service
2) without compliance to Plaintiff's reasonable accommodations under ADA protections
3) without Plaintiff ever having had her day in court or trial by jury
4) without proving jurisdiction after jurisdiction was challenged     9) without being a real party at interest
5) without Ratification of Commencement by noticing the Attorney General
6) without verifying or validating the debt after request to do so was made
7) without Foreign Agent Registrations being on file with the Attorney General
8) without Defendants Attorneys having standing as they are unregistered foreign agents

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
Plaintiff is disabled and NOT on government assistance and the properties in question are the Plaintiff's only home and sole means of support. If injunction is not granted, Plaintiff's renters may move (as they have already stated that they are concerned and looking for other properties due to the judgement that is the basis of this complaint/petition), thereby leaving Plaintiff with no means of support or healthcare. Plaintiff's renters are clean and timely payors who have expressed the desire to stay long term and I do not know how I can find that again. If the properties are sold, Plaintiff will have no means to buy them back, and because of the unlawful liens currently placed on Plaintiff's properties Plaintiff does not even have any way to get a viable loan to pay the Defendants under duress to stop the sale. Plaintiff is mostly bedridden and has no means to move and will lose family heirlooms of great sentimental value.  If injunction is not ordered, Plaintiff will lose viable renters, become homless and destitute, and lose valuable, irreplacable family heirlooms.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff moves the Court to order removal of liens and placement of injunction against the filing of further liens, foreclosure and sale until such time as the Defendants prove jurisdiction and claim

Award Plaintiff attorneys fees, costs, and whatever other equitable relief the court finds reasonable and appropriate.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *August 28, 2019*

Signature of Plaintiff

Printed Name of Plaintiff    Nannette Carley

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address