United States District Court
Southern District of Texas
**ENTERED**
May 11, 2020
David J. Bradley, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| NANNETTE CARLEY, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:19-cv-03446 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| TOMBALL | § | |
| INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| Defendant. | § | |

## Order Adopting
## Memorandum and Recommendation

Before the Court is the Memorandum and Recommendation signed by the Magistrate Judge on April 15, 2020. Dkt 19. She there resolved two motions. One is a motion by Defendant Tomball Independent School District to dismiss the complaint of Plaintiff Nannette Carley. Dkt 5. The other is a motion by Carley, who proceeds *pro se*, entitled "Amended Petition To Enjoin All Other Entities From Original State Cases." Dkt 10. She there seeks to amend her complaint to add additional defendants from a prior state court action.

Neither party objected to the Memorandum and Recommendation. Review is thus straightforward. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FRCP 72(b) Advisory Comm Note (1983); see also *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1420 (5th Cir 1996).

The Court has reviewed the pleadings, the record, and the applicable law. No clear error appears.

The Memorandum and Recommendation is ADOPTED as this Court's Memorandum and Order.

The motion to enjoin all other entities from original state cases is DENIED. Dkt 10.

The motion to dismiss is GRANTED. Dkt 5.

This case is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed on May 11, 2020, at Houston, Texas.

*[signature]*

Hon. Charles Eskridge
United States District Judge